Kelsey E. Stegall, Esq.
Nevada Bar No. 14279
LITTLER MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, Nevada  89113
Telephone:    702.862.8800
Fax No.:        702.862.8811
kstegall@littler.com

Attorneys for Defendant
HARTFORD LIFE AND ACCIDENT INSURANCE
COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARY E. CAIN, individually,<br><br>        Plaintiff,<br><br>v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>        Defendant. | Case No. 3:26-cv-00168-MMD-CLB<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANT TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiff MARY E. CAIN ("Plaintiff") and Defendant HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY ("Defendant"), by and through their undersigned counsel, hereby agree and stipulate to extend the time for Defendant to file a response to the Complaint from the current deadline of April 8, 2026, up to and including **May 8, 2026.**

The requested extension is necessary in light of the fact that Defendant's counsel needs additional time to investigate the allegations after recently being retained. The additional time will therefore allow Defendant to prepare an appropriate response to the Complaint.

/ / /

/ / /

/ / /

LITTLER MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, NV  89113
702.862.8800

This is the first request for an extension of time to respond to the Complaint. This request is made in good faith and not for the purpose of delay.

Dated: April 7, 2026                              Dated:  April 7, 2026

Respectfully submitted,                           Respectfully submitted,


*/s/ Erin Svetlik*                                */s/ Kelsey E. Stegall*
ERIN SVETLIK, ESQ.                                KELSEY E. STEGALL, ESQ.
MARC WHITEHEAD & ASSOCIATES                       LITTLER MENDELSON, P.C.

*Attorney for Plaintiff*                          *Attorneys for Defendant*
MARY E. CAIN                                      HARTFORD LIFE AND ACCIDENT
                                                  INSURANCE COMPANY


**IT IS SO ORDERED.**
**DATED:** <u>April 7, 2026</u>.

_____
**UNITED STATES MAGISTRATE JUDGE**

LITTLER MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, NV 89113
702.862.8800

2