ERIN SVETLIK, ESQ. *(Admitted Pro Hac Vice)*
Texas Bar No. 24115426
erin@marcwhitehead.com
MARC WHITEHEAD & ASSOCIATES,
ATTORNEYS AT LAW, L.L.P.
403 Heights Boulevard
Houston, Texas 77007
Telephone: (713) 228-8888
Facsimile: (713) 225-0940

CAMPBELL & WILLIAMS
J. COLBY WILLIAMS, ESQ. (5549)
jcw@cwlawlv.com
710 South Seventh Street, Suite A
Las Vegas, Nevada 89101
Telephone: (702) 382-5222
Facsimile: (702) 382-0540

*Attorneys for Plaintiff*
*Mary E. Cain*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| MARY E. CAIN,<br><br>Plaintiff,<br><br>v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>Defendant. | CIVIL ACTION NO. 3:26-cv-0168-MMD-CLB<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) Plaintiff, Mary E. Cain, and Defendant Hartford Life and Accident Insurance Company, by and through their undersigned counsel, herby stipulate to the DISMISSAL WITH PREJUDICE of all claims in the above captioned case; all parties to bear their own costs and attorneys' fees

Dated: July 22, 2026

Respectfully submitted,

*/s/ Erin Svetlik*
ERIN SVETLIK (*Admitted Pro Hac Vice)*
Tex. Bar No. 24115426
MARC WHITEHEAD & ASSOCIATES, ATTORNEYS AT LAW LLP
403 Heights Boulevard
Houston, Texas 77007
Telephone: 713-228-8888

J. COLBY WILLIAMS, ESQ. (5549)
CAMPBELL & WILLIAMS
710 South Seventh Street, Suite A
Las Vegas, Nevada 89101
Telephone: (702) 382-5222

*Attorneys for Plaintiff*

*/s/ Kelsey E. Stegall*
Kelsey E. Stegall, Esq.
Nevada Bar No. 14279
LITTLER MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, Nevada 89113.4770
Telephone: 702.862.8800
Facsimile: 702.862.8811
kstegall@littler.com

*Attorneys for Defendant*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | | |
|---|---|---|
| MARY E. CAIN,<br><br>Plaintiff,<br><br>v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>Defendant. | ) | CIVIL ACTION NO. 3:26-cv-0168-MMD-CLB<br><br>**ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE** |

ON THIS day, this Court considered the motion of Plaintiff, KENNETH W. ELLIOTT, JR., to dismiss all claims against Defendant HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY with prejudice and finds that the Motion is well taken. It is therefore:

**ORDERED, ADJUDGED AND DECREED** that Plaintiff's Motion to Dismiss all claims against Defendant HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY with prejudice is **GRANTED** and all claims and causes of action by Plaintiff against Defendant are **DISMISSED WITH PREJUDICE**.

No additional claims by any party are pending in this action against any party, and this dismissal order is a final judgment disposing of all claims in this action.

Costs of court and attorney's fees are to be borne by the party incurring same.

**SIGNED** THIS _23rd____ Day of ______July___________________, 2026.

_______________________________
UNITED STATES DISTRICT JUDGE